435 A.2d 1327

Dziak, et ux., Appellants, v. Yurkovich v. Dziak.

Petition for Allowance of Appeal Denied Feb. 26, 1982.

Argued January 13, 1981. Charles Skomski, for appellants; Stephen P. McCloskey, for appellees.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

435 A.2d 1328

Groce, Appellant, v. Sears Roebuck and Co.

Argued April 16, 1980. Linda L. Pretz, for appellant; Robert E. Wayman, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of the Court below affirmed.

LIPEZ, J., concurred in the result.